UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Moshe Rothenberg, Esq.
880 E. Elmer Road
Vineland, New Jersey 08360
Phone: (856) 236-4374
Fax: (856) 405-6769
Attorney for Debtor(s)

In Re:

    Keysha M. Loatman

**Order Filed on December 8, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:     12-10176

Chapter:     13

Judge:     Andrew B. Altenburg

## ORDER TO DEBTOR'S EMPLOYER
### ENDING PAYMENTS TO THE CHAPTER 13 TRUSTEE

The relief set on the following pages, numbered two (2) is hereby **ORDERED.**

**DATED: December 8, 2016**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
**Debtor(s):** Keysha M. Loatman
**Case No.:** 12-10176/ABA
**Caption of Order:** Order Terminating Wage Order

---

<u>Keysha M. Loatman</u>, a debtor in the above named case having filed for relief under Chapter 13 of Title 11 of the United States Code, and an order having been entered for debtor's employer <u>Sun National Bank,</u> to deduct funds from the debtor's compensation and submit them to the Chapter 13 Trustee, and

☐     The debtor's case having been dismissed on _____,

☒     The Chapter 13 Trustee having notified the Court that the debtor has completed his/her plan payments as of <u>December 5, 2016,</u>

☐     The debtor's case having been converted,

**IT IS HEREBY**

**ORDERED** that the debtor's employer shall cease withholding trustee payments from the debtor's compensation beginning on the date of this order, and that the debtor's employer is no longer required to submit payments to the Chapter 13 Trustee on behalf of the above named debtor, and it is further

**ORDERED** that any funds withheld from the debtor's compensation prior to the above date that have not been transmitted to the trustee shall be refunded to the debtor within ten (10) days of the date of this Order, and it is further

**ORDERED** that the attorney for the debtor or the Chapter 13 Trustee if the debtor is not represented by an attorney, shall serve a copy of this order on the debtor's employer within five days of the date of this order.

United States Bankruptcy Court
District of New Jersey

In re:
Keysha M Loatman
    Debtor

Case No. 12-10176-ABA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Dec 08, 2016
                   Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2016.
db          +Keysha M Loatman,    693 Wayne Avenue,    Vineland, NJ 08360-2223

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2016                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2016 at the address(es) listed below:
        Angela Catherine Pattison    on behalf of Creditor    Wells Fargo Bank, N.A.
         angela.pattison@powerskirn.com, ecf@powerskirn.com
        Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, NA
         bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
        Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
         summarymail@standingtrustee.com
        Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
         summarymail@standingtrustee.com
        Jane L. McDonald    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
        Joel A. Ackerman    on behalf of Loss Mitigation    Wells Fargo bankruptcynotice@zuckergoldberg.com
        John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Dealer Services, Inc.
         mortonlaw.bcraig@verizon.net, donnal@mortoncraig.com;mhazlett@mortoncraig.com
        Moshe Rothenberg    on behalf of Debtor Keysha M Loatman mosherothenbergbkesq@gmail.com,
         alyson@mosherothenberg.com
        William E. Craig    on behalf of Creditor    Wells Fargo Dealer Services, Inc.
         mortonlaw.bcraig@verizon.net
                                     TOTAL: 10